| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 1:22CR00046-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00044-RFB-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT UTAH | DIVISION NORTHERN |
|---|---|---|
| Melody Jean Styszko | NAME OF SENTENCING JUDGE David Barlow, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/26/2022 | TO 08/25/2027 |

X FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
3/5/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM  DEPUTY

OFFENSE
Count 1: Theft of Government Money

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Styszko lives with her partner and family in Nevada and does not plan to return to Utah.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  UTAH

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  NEVADA  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

   3/4/2025                                        /s/
   Date                                            United States District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   3/6/2025                                        /s/
   Effective Date                                  United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Melody Jean Styszko
Case No.: TO BE ASSIGNED

### REQUESTING ACCEPTANCE OF JURISDICTION

March 4, 2025

TO:   United States District Judge

On August 26, 2022, Melody Jean Styszko was sentenced in the District of Utah by the Honorable Judge David Barlow to a term of 60 months of probation for committing the offense of Theft of Government Money, a Class C Felony. On the same date, Styszko commenced her supervised release term in the District of Nevada, where she has remained.

Styszko has no intention of returning to the District of Utah. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge David Barlow has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.03.05 10:52:36 -08'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gabonia*
Digitally signed by Joy Gabonia
Date: 2025.03.05 09:09:16 -08'00'

Joy Gabonia
Supervisory United States Probation Officer